PHILLIP A. TALBERT
United States Attorney
BRIAN K DELANEY
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
(559) 497-4000
(559) 497-4099 FAX

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 5:16-mj-00022 - JLT |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER DISMISSING COMPLAINT |
| V. | ) ) | (Doc. 3) |
| DAVID RAMIREZ, | ) ) ) | |
| Defendants. | ) ) | |

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, by motion of the United States through Assistant United States Attorney Brian K. Delaney  and by leave of court,

    IT IS HEREBY ORDERED that the complaint against the Defendant is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

    Dated:   **June 7, 2016**                                   **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE